UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE A. CASTILLO ALEMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 21-2970 |
| | § | |
| WATERMARK RESTORATION, INC. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
PLAINTFF'S THIRD AMENDED COMPLAINT**

On the _____ day of _____, 2022, came on to be considered the Unopposed Motion for Leave to File Plaintiff's Third Amended Complaint, and the Court, having considered the motion;

ORDERS that the Plaintiff's Third Amended Complaint, which is attached hereto, be filed in this case.

SIGNED on the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE