# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE A. CASTILLO ALEMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 21-2970 |
| | § | |
| WATERMARK RESTORATION, INC. | § | |

## **ADVISORY TO THE COURT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, JOSE A. CASTILLO ALEMAN, Plaintiff, and WATERMARK RESTORATION, INC., Defendant, in the above styled and numbered cause, and file this their Advisory to the Court.

The parties have settled this case. Dismissal documents will be submitted to the Court in the coming weeks.

Respectfully submitted,

THE HERRERA LAW FIRM, INC.
1800 W. Commerce Street
San Antonio, Texas  78207
Telephone:     (210) 224-1054
Facsimile:     (210) 228-0887

/s/ - JORGE A. HERRERA
JORGE A. HERRERA
State Bar No. 24044242
Email: jherrera@herreralaw.com
**ATTORNEYS FOR PLAINTIFF**

J. DIAMOND AND ASSOCIATES, PLLC
1111 North Loop West, Suite 500
Houston, Texas 77008
Telephone:    (713) 227-6800
Facsimile:    (713) 227-6801

/s/ - JEFFREY L. DIAMOND            .
JEFFREY L. DIAMOND
State Bar No. 05802500
Email:  jeffrey@jdiamondandassociates.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2023, a true and correct copy of the forgoing document was served upon the following attorneys of record pursuant to the Federal Rules of Civil Procedure:

Jeffrey L. Diamond
J. Diamond and Associates, PLLC
1111 North Loop West, Suite 500
Houston, Texas 77008

/s/ - JORGE A. HERRERA           
JORGE A. HERRERA